IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

───────────────────────────────────────────────────────

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: July 10, 2012 |
| Court Reporter: Gwen Daniel | Probation: Jeanette R. Woll |

───────────────────────────────────────────────────────

Criminal Action No.   11-cr-00439-WJM        *Counsel:*

UNITED STATES OF AMERICA,                    David Conner

    Plaintiff,

v.

FELIX BOAKYE-YIADOM,                         Matthew Golla

    Defendant.

───────────────────────────────────────────────────────

# COURTROOM MINUTES
───────────────────────────────────────────────────────

HEARING - SENTENCING

02:00 p.m.    Court in Session

Appearances

Court's comments

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Mr. Conner)

Sentencing Statement (by Mr. Golla)

Court's comments

Mr. Golla's comments regarding the defendant's two objections to the Presentence Investigation Report

Mr. Golla withdraws the objection to the reference in the Presentence Investigation Report to the 2004 possession of marijuana conviction.

**ORDERED:   The defendant's objection to allegations of fingerprints in the Presentence Investigation Report is OVERRULED AS MOOT.**

Court's comments

Mr. Golla's comments

The defense has no objection to the United States' Motion to Dismiss (ECF No. 30).

**ORDERED:   The United States' Motion to Dismiss the Indictment (ECF No. 30) is GRANTED.**

Court's comments

Mr. Conner's Argument re Defendant's Motion for a Variant Sentence (ECF No. 34)

Response Argument by Mr. Golla

Colloquy between the Court and Probation Officer Woll

Statement by defendant's uncle

Colloquy between the Court and the defendant's uncle

Defendant's Allocution

**ORDERED:   Defendant's Motion for a Variant Sentence (ECF No. 34) is GRANTED.**

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Felix Boakye Yiadom, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**It is the Court's order that the defendant's custodial sentence has been satisfied as of the date of sentencing.   The Court directs the Bureau of Prisons to release the defendant to the custody of the**

      **United States Immigration and Customs Enforcement as soon as practicable, but in no event later than one week from today, July 17, 2012.**

**ORDERED:** **Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years.**

      **Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.**

      **While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

      **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

      **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special condition of Supervised Release:**

      **If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return.**

**The Defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case, apart from the special assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

Mr. Conner's comments

Mr. Golla's comments

3

**ORDERED:**   **The sentence of time served is a sentence, in effect, to fourteen and one-half months.  The period of incarceration is complete as of today.**

Mr. Golla's comments

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal**.

02:54 p.m.   Court in Recess
Hearing concluded
Time: 54 minutes