**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge William J. Martínez

Criminal Case No.   11-cr-00439-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FELIX BOAKYE-YIADOM,

      Defendant.

_____

**ORDER**

_____

      PURSUANT to and in accordance with Order entered by the Judge William J. Martínez, it is

      ORDERED that Defendant Felix Boakye-Yiadom is sentenced to TIME SERVED.


DATED: July 10, 2012

                                                BY THE COURT:

                                                _____
                                                Judge William J. Martínez
                                                United States District Judge